# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1438.  MALCOM JACKSON v. THE STATE.**

Following his convictions for armed robbery, possession of a firearm during the commission of a felony, and possession of a firearm by a convicted felon, Malcom Jackson was sentenced to life imprisonment.  We affirmed his convictions on appeal.  See *Jackson v. State*, 294 Ga. App. 555 (669 SE2d 514) (2008).  In 2015, Jackson filed a motion to vacate and correct void sentence, arguing that he was improperly sentenced as a recidivist.  The trial court denied the motion, and Jackson filed this direct appeal.  We lack jurisdiction.

A direct appeal may lie from an order denying a motion to vacate a void sentence only if the defendant raises a colorable claim that the sentence is, in fact, void.  See *Harper v. State*, 286 Ga. 216, 217 n. 1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).  When a sentence is within the statutory range of punishment, it is not void.  *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).

Here, Jackson does not argue that his sentence falls outside the permissible statutory range, and therefore he has not raised a colorable void-sentence claim.  Indeed, his sentence fell within the statutory range of punishment, regardless of his status as a recidivist.  See OCGA § 16-8-41 (b) (providing that the maximum term of imprisonment for armed robbery, regardless of recidivist status, is life).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/13/2017    *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*